No. 2,299.—THE STATE OF MONTANA, RESPONDENT. *v.*
WILLIAM E. YOUMANS, APPELLANT.

*Appeal from District Court, Sweet Grass County; Frank
Henry, Judge.*

Decided May 28, 1906.

PER CURIAM.—Brief of appellant not having been filed with-
in the time prescribed by the rules of this court, the appeal is,
on respondent's motion, dismissed.

*Mr. Sydney Fox,* and *Mr. Fred. H. Hathhorn,* for Appellant.

*Mr. Albert J. Galen,* Attorney General, for Respondent.

---

No. 2,328.—THE STATE OF MONTANA EX REL. JOHN EN-
RIGHT ET AL., APPELLANTS, *v.* JOHN DORAN, JUSTICE OF
THE PEACE, RESPONDENT.

*Appeal from District Court, Silver Bow County; Michael Don-
lan, Judge.*

Decided June 22, 1906.

PER CURIAM.—Appellants' application for writ of supersedeas,
or other appropriate writ, is hereby denied.

*Mr. Jesse B. Roote, Mr. Peter Breen,* and *Mr. A. C. McDaniel,*
for Appellants.